IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LUE MATTIE THOMAS            :          CIVIL ACTION
                             :
          v.                 :
                             :
EQUICREDIT CORPORATION, et al. :        NO. 02-3182

ORDER

AND NOW, this        day of February, 2003, it is
hereby ORDERED that the joint motion for extension of pre-trial
deadlines and trial date (Document #6) is GRANTED.  See Second
Scheduling Order dated February 13, 2003.

BY THE COURT:


_____
                                            J.